# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DERICK J. JORDAN

NO. 2019 KW 1476

FEB 1 0 2020

---

In Re:    Derick J. Jordan, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 531730.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

    **WRIT DENIED ON THE SHOWING MADE.** Relator failed to provide this court with a copy of the application for postconviction relief filed with the district court, the district court's ruling on the application, the bill of information, the habitual offender bill of information, the commitment order, any pertinent minute entries and/or transcripts, and any other portions of the district court record that might support his claim. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before March 30, 2020. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT